**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH BAKER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-2168** |
| | : | |
| **JOSHUA BURKITT,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 21st day of October, 2024, upon consideration of Joseph Baker's *pro se* Amended Complaint (ECF No. 13), it is **ORDERED** that:

1.      The Clerk of the Court is **DIRECTED** to **TERMINATE** the following Defendants from the docket:  (1) 26th District Police Station; and (2) Philadelphia Police Department.  The Clerk of Court is also **DIRECTED** to **ADD** Joshua Burkitt as a Defendant to this case, in accordance with the Amended Complaint.

2.      Baker's Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

3.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**